AO 91 (Rev. 02/09) Criminal Complaint

DoA
09-18-20

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Arnoldo Mendoza-Rodriguez, | ) | Case No. 20-9280MJ |
| A099 834 805 | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, Scott Toole, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 18, 2020, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Arnoldo Mendoza-Rodriguez, an alien, was found in the United States of America, at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Calexico, California, on or about December 5, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

I further state that I am a Special Agent with Homeland Security Investigations.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:   AUSA John Ballos

☒ Continued on the attached sheet.

JOHN BALLO
Digitally signed by JOHN BALLO
Date: 2020.09.19 19:45:53 -07'00'

SCOTT T TOOLE
Digitally signed by SCOTT TOOLE
Date: 2020.09.19 19:30:34 -07'00'

*Complainant's signature*
Scott Toole
HSI Special Agent
*Printed name and title*

Sworn to telephonically.

Date: September 19, 2020    8:10pm

City, State:    Phoenix, Arizona

*Judge's signature*
Eileen S. Willett
~~Eilen S. Willet~~
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Scott Toole, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Homeland Security Investigations Special Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about September 18, 2020, Special Agent Toole responded to assist Arizona Department of Public Safety in a possible illegal alien smuggling case and vehicle accident near Florence, Arizona. Once Special Agent Toole arrived on the scene of the vehicle accident, none of the persons involved in the accident were present as they were taken to several hospitals within the Phoenix metro area. Special Agent Toole and Special Agent Ricardo Ramirez traveled to the Chandler Regional Medical Center to question an individual involved in the accident. Special Agent Toole and Special Agent Ramirez identified themselves as HSI Special Agents and performed an immigration inspection on the individual. The individual, later identified as Arnoldo Mendoza-Rodriguez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Mendoza-Rodriguez remained in Chandler Regional Medical Center to receive treatment for minor injuries sustained during the vehicle accident.

3. Immigration history checks revealed Arnoldo Mendoza-Rodriguez to be a citizen of Mexico and a previously deported alien. Mendoza-Rodriguez was removed from the United States to Mexico through Calexico, California, on or about December 5, 2017, pursuant to a removal order issued by an immigration official. There is no record of Arnoldo Mendoza-Rodriguez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return the United States after his removal. Mendoza-Rodriguez's immigration history was matched to him by electronic fingerprint comparison.

4. On or about September 18, 2020, Arnoldo Mendoza-Rodriguez was advised of his constitutional rights. Mendoza-Rodriguez freely and willingly acknowledged his rights and agreed to answer questions from Agent Ramirez. During the initial encounter Mendoza-Rodriguez stated that his true and complete name is Arnoldo Mendoza-Rodriguez, and that he is a citizen of Mexico and no other country. Mendoza-Rodriguez also stated that he illegally entered the United States through the "Huachuca mountains" near Sierra Vista, Arizona, "Five days ago, it was a Friday". Five days prior would be Sunday, September 13, 2020 but the subject also claimed it was on Friday which would have been September 11, 2020. Mendoza-Rodriguez further stated that he had been deported from the United States previously, and did not apply for permission from the Attorney General to return to the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about September 18, 2020, Arnoldo Mendoza-Rodriguez, an alien, was found in the United States of America, at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about December 5, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant committed a violation of Title 8, United States Code, Section 1326(a).

SCOTT T TOOLE
Digitally signed by SCOTT T TOOLE
Date: 2020.09.19 19:31:02 -07'00'

Scott Toole
HSI Special Agent

Sworn to telephonically
this 19th day of September, 2020.

~~Eillen S. Willet~~   Eileen S Willett
United States Magistrate Judge

3